# In the United States Court of Federal Claims

CRAIG DARNELL JOHNSON, JR TRUST )
by and through its Authorized Representative )
Craig Darnell Johnson, prose, Sacred Party )
           **Plaintiff(s),** )
            )
**v.** )
            )
**THE UNITED STATES,** )
            )
           **Defendant.** )
            )

**Case No.** ___25-1667 L___

**Judge** _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

This Court has jurisdiction under 28 U.S.C. § 1491 (Tucker Act) which grants authority to hear claims for monetary relief against the UNITED STATES founded upon the Constitution, Acts of Congress, executive regulations, or contracts.

Plaintiff seeks relief under Fifth Amendment Takings Clause, a money-mandating provision, for the taking and monetization of property without consent.

Plaintiff also asserts claims for illegal exaction and breach of implied contract, arising from Defendants fiduciary and commercial duties with respect to Plaintiffs estate, securities, and instruments.

This action does not sound in tort, and no other case based on these facts is pending in a United States District Court.

Received – USCFC

OCT 0 6 2025

A-5

## 2. PARTIES

Plaintiff, ~~CRAIG DARNELL JOHNSON JR (c) TRUST~~ CRAIG DARNELL JOHNSON JR TRUST , ~~resides~~ at c/o 1914 Skillman St., PMB 322 mailing location for justice only (~~Street Address~~) (NOT A RESIDENCE)

Dallas, Texas Non-Domestic[75206] Without the United States , 585-465-6360

(City, State, ZIP Code)          (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____
_____
_____

## 3. PREVIOUS LAWSUITS. Have you begun other lawsuits in the United States Court of Federal Claims?     ☐ Yes  ☑ No

If yes, please list cases: _____

## 4. STATEMENT OF THE CLAIM. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

Plaintiff is the living man and Executor of the Estate of CRAIG DARNELL JOHNSON JR © TRUST, not the debtor or surety presumed by Defendant.

Without Plaintiff's consent, Defendant, by and through its agents and instrumentalities, created and monetized a bonded arraignment, warrant, and related securities in Plaintiff's NAME and estate. These instruments are private property belonging to Plaintiff.

Defendant's appropriation and monetization of these instruments constitute a taking of property for public use without just compensation, in violation of the Fifth Amendment.

Defendant, acting through the United States Postal Service, accepted payment for registered mailings yet obstructed delivery and withheld routing, thereby preventing Plaintiff's lawful filings from reaching their intended destination. This obstruction deprived Plaintiff of timely remedy and constitutes both a taking of property value and an illegal exaction of postage fees.

Defendant's agents further exacted and mishandled Plaintiff's filing fee, concealed the corresponding case, and denied Plaintiff full access to the PACER system. These acts deprived Plaintiff of both money and access to his legal record, amounting to an illegal exaction under federal law.

Defendant's conduct also caused Plaintiff to be wrongfully designated a "fugitive" through the bonded instrument, inflicting continuing harm to Plaintiff's estate, liberty, reputation, and standing.

Plaintiff has sought administrative remedy in good faith, including by filing a tort claim with risk management entities. Defendant acknowledged receipt but failed to provide resolution, leaving the matter open indefinitely and obstructing Plaintiff from higher remedy.

By reason of the foregoing, Defendant has:

Taken Plaintiff's property without compensation;

Breached implied obligations arising from its acceptance of consideration and fiduciary duties;

Engaged in illegal exaction of Plaintiff's funds and postage; and

Inflicted continuing harm by obstruction of remedy and wrongful designation.

Plaintiff demands just compensation, restitution, and damages in the amount of $100,000,000.00, or such other relief as this Court deems just and proper, payable in lawful money of the United States (12 U.S.C. § 411).

A-6

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

Monetary damages in the amount of $100,000,000.00 (One Hundred Million Dollars), or such other sum as the Court deems just

and proper, as just compensation for takings, illegal exactions, and breaches of implied duty;  Payment to be made in

lawful money of the United States (12 U.S.C. § 411), not debt instruments;  Restitution of all property and

financial instruments wrongfully appropriated; and Such other and further relief as the Court finds just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___35th___ day of ___September___, ___2025___.
      (day)          (month)       (year)

*without recourse, for deposit only, pay to the order of*
*Craig-Darnell: Johnson, Sui juris, Authorized Representative*
*By Special Appearance Only.*

Signature of Plaintiff(s)

*Craig-Darnell: Johnson, Executor*
*Authorized Representative, Pro Se*
*CRAIG DARNELL JOHNSON JR TRUST*
*without recourse. all rights reserved*
*By Special Appearance only.*

I declare under penalty of perjury that the foregoing is true and correct. Executed by Special Appearance only, without the United States, with clean hands and in good faith, on this 30th day of September, 2025.

A-7

**Federal Questions Presented**

1. **Money-Mandating Obligation**
   Whether the United States, acting by and through its officers or subdivisions, created or enforced **money-mandating obligations** against **Craig-Darnell: Johnson, sui juris** by issuing/executing warrants/citations that triggered custody, tow/storage, booking, and other pecuniary effects upon his **chattel property**, and that—when traced through published **fee schedules, ledgers, or public-finance reporting (e.g., CAFRs/risk-pool reimbursements)**—support **money damages** under the Tucker Act, 28 U.S.C. § 1491(a)(1).


2. **Unjust Enrichment (with § 3002(15)(A)–(C) & Public-Finance Linkage)**
   Whether the United States realized **pecuniary benefits** (fees, reimbursements, **risk-management pool recoveries, or revenues recognized/committed in municipal CAFRs or related bond/indenture covenants) attributable to process carried in Plaintiff's identifiers** and imposed upon his **chattel property without lawful consent**, including conduct that—**under 28 U.S.C. § 3002(15)(A)–(C) (Chapter 176)**—treats the "United States" as a **federal corporation/agency/instrumentality** for Chapter-176 purposes; and whether that commercial/public-finance character supports **restitution/disgorgement** as **money damages**.


3. **Takings Clause (Fifth Amendment)**
   Whether the seizure, control, deprivation of use, and/or compelled payments tied to warrants/citations effected a **per se or temporary taking** of Plaintiff's **chattel property** (including his vehicle and papers) **for public use without just compensation**—where the **public use** is evidenced by governmental **cost-recovery regimes and public-finance mechanisms** (e.g., **storage/booking assessments reflected in CAFRs, risk-pool offsets, or bond-linked revenue practices**)—entitling Plaintiff to **just compensation** under the self-executing Fifth Amendment and the Tucker Act.


4. **Uniform Commercial Code Basis (Articles 3 & 9 — Evidentiary/Characterization)**
   Whether the instruments and related accounting (warrants/citations and attachments) functioned as **commercially operative paper**—(i) under **UCC Article 3** (e.g., §§ 3-104, 3-301) as instrument-like paper demanding value/performance, and (ii) under **UCC Article 9** (e.g., §§ 9-109, 9-203) as if enforcing a security interest **without an authenticated agreement or knowing, voluntary consent**—thus **presuming the natural living man as surety instead of the *ens legis***; and, together with the **public-finance linkage** above, confirming the commercial/monetary consequences that support **money damages** (not tort relief)